**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LONDALE A. REED,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 2:24-cv-01888-JAD-NJK<br><br>**Order** |

      To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by December 10, 2024.

      IT IS SO ORDERED.

      Dated: December 3, 2024

                                                                               Nancy J. Koppe<br>
                                                                             United States Magistrate Judge