SUBT
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael Ayers, Esq. (NV Bar No.10851)
michael.ayers@qpwblaw.com
Sarah B. Hartig, Esq. (NV Bar No. 10070)
sarah.hartig@qpwblaw.com
Anna Smith, Esq. (NV Bar No. 16784C)
anna.smith@qpwblaw.com
3740 Lakeside Drive, Ste. 202
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendant WALMART, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LONDALE A. REED, | Case No:   2:24-cv-01888-JAD-NJK |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| v. | |
| WALMART, INC., a Foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive. | |
| Defendants. | |

Defendant WALMART, INC, hereby substitute Michael R. Ayers, Esq., Sarah Hartig, Esq. and Anna Smith, Esq. of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., 3740 Lakeside Drive, Suite. 202, Reno, Nevada 89509, 775-322-4697, as their attorneys of record in the place and stead of Michael J. Nunez, Esq. and Tyler N. Ure, Esq. of MURCHISON & CUMMING, LLP, 350 South Rampart Boulevard, Suite 320, Las Vegas, NV 89145.

/ / /

/ / /

/ / /

/ / /



SUBSTITUTION OF COUNSEL- 1

1  WALMART, INC. consents to the above substitution.

2  DATED: February 7, 2025.    **WALMART, INC.**

4  By: _____/s/ Joanna R. Hinojosa_____

6  Its: _____Senior Counsel_____

8  APPROVED and AGREED:

9  DATED: February ____, 2025.    **MURCHISON & CUMMING, LLP**

10
11  By: _____
    Michael J. Nunez, Esq. (NV Bar No. 10703)
    Tyler N. Ure, Esq. (NV Bar No. 11730)
12  350 South Rampart Boulevard, Suite 320
    Las Vegas, NV 89145
13  Telephone: 702-360-3956
    Facsimile: 702-360-3957

15  DATED: February ____, 2025.    **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

17  By: _____
    Michael Ayers, Esq. (NV Bar No.10851)
18  Sarah B. Hartig, Esq. (NV Bar No. 10070)
    Anna Smith, Esq. (NV Bar No. 16784C)
19  3740 Lakeside Dr., Ste. 202
    Reno, Nevada 89509

21  Respectfully submitted:

22  **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

24  /s/ Sarah B. Hartig
    _____
25  Michael Ayers, Esq. (NV Bar No.10851)
    Sarah B. Hartig, Esq. (NV Bar No. 10070)
26  3740 Lakeside Dr., Ste. 202
27  Reno, Nevada 89509

28

1  WALMART, INC. consents to the above substitution.

2  DATED: February ____, 2025.            **WALMART, INC.**

4                                          By: _____

6                                          Its: _____

8  APPROVED and AGREED:

9  DATED: February 10, 2025.               **MURCHISON & CUMMING, LLP**

11                                         By: _____
12                                         Michael J. Nunez, Esq. (NV Bar No. 10703)
                                           Tyler N. Ure, Esq. (NV Bar No. 11730)
13                                         350 South Rampart Boulevard, Suite 320
                                           Las Vegas, NV 89145
14                                         Telephone: 702-360-3956
                                           Facsimile: 702-360-3957

16  DATED: February 11, 2025.              **QUINTAIROS, PRIETO, WOOD
                                           & BOYER, P.A.**

18                                         By:  /s/ Michael Ayers
                                           Michael Ayers, Esq. (NV Bar No.10851)
19                                         Sarah B. Hartig, Esq. (NV Bar No. 10070)
                                           Anna Smith, Esq. (NV Bar No. 16784C)
20                                         3740 Lakeside Dr., Ste. 202
                                           Reno, Nevada 89509

22  Respectfully submitted:

23  **QUINTAIROS, PRIETO, WOOD             IT IS SO ORDERED.
    & BOYER, P.A.**                        Dated: February 12, 2025
24
25  /s/ Sarah B. Hartig

26  Michael Ayers, Esq. (NV Bar No.10851)
    Sarah B. Hartig, Esq. (NV Bar No. 10070)   Nancy J. Koppe
27  Anna Smith, Esq. (NV Bar No. 16784C)       United States Magistrate Judge
    3740 Lakeside Dr., Ste. 202
28  Reno, Nevada 89509



SUBSTITUTION OF COUNSEL- 2