**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael Ayers, Esq. (NV Bar No.10851)
michael.ayers@qpwblaw.com
Sarah B. Hartig, Esq. (NV Bar No. 10070)
sarah.hartig@qpwblaw.com
3740 Lakeside Drive, Ste. 202
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendant Walmart, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LONDALE A. REED, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC., a Foreign Corporation; DOES 1 through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No: 2:24-cv-01888-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>[ECF No. 19] |

IT IS HEREBY STIPULATED by and between Joe W. Riccio, Esq. and Maggie Lee, Esq., attorneys for the Plaintiff, LONDALE A. REED, and Sarah B. Hartig, Esq. and Michael Ayers, Esq. attorneys for Defendant, WALMART, INC. that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .



IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter and all other court related appearances be VACATED in the above referenced matter.

DATED this 21st day of August, 2025.　　　DATED this 21st day of August, 2025.

QUINTAIROS, PRIETO, WOOD  　　　　　MARATHON LAW GROUP, PLLC
& BOYER, P.A.

/s/ Sarah B. Hartig　　　　　　　　　　/s/ Maggie Lee
Sarah B. Hartig, Esq.　　　　　　　　　Joe W. Riccio, Esq.
Nevada Bar No. 10070　　　　　　　　　Nevada Bar No. 10971
Michael Ayers, Esq.　　　　　　　　　　Maggie Lee, Esq.
Nevada Bar No.10851　　　　　　　　　 Nevada Bar No. 16570
3740 Lakeside Dr., Ste. 202　　　　　　 2012 Hamilton Lane
Reno, Nevada 89509　　　　　　　　　　Las Vegas, NV 89106
*Attorneys for Defendant Walmart, Inc.*　*Attorneys for Plaintiff Londale A. Reed*

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE
August 21, 2025

